ACCEPTED
01-15-00614-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/16/2015 4:12:45 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 1049518

| | | |
|---|---|---|
| **ASSET LIQUIDATION GROUP** | § | **IN THE COUNTY COURT** |
| | § | |
| **VS.** | § | **AT LAW NUMBER 3 OF** |
| | § | |
| **DANTE WADSWORTH** | § | **HARRIS COUNTY, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/16/2015 4:12:45 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Asset Liquidation Group, desires to appeal from the Take-Nothing Judgment which was signed by this Court on May 4, 2015.

Plaintiff, Asset Liquidation Group, appeals to the First or Fourteenth Court of Appeals, Houston, Texas.

Respectfully submitted,

/s/ Jody D. Jenkins
JODY JENKINS
SBN: 24029634
Jenkins, Wagnon & Young, P.C.
P.O. Box 420
Lubbock, Texas 79408-0420
(806) 687-9172
FAX (806) 771-8755
jjenkins@jwylaw.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served upon the following via the Court's Electronic Filing System on this 7th day of July, 2015.

John Mastriani
The Mastriani Law Firm
P.O. Box 460174
Houston, Texas 77056
service@mastrianilaw.com

/s/ Jody D. Jenkins
Jody D. Jenkins